UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 11-cr-00235-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. RICHARD FRANKLIN,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    The motions hearing set for Friday, March 16, 2012, at 10:00 a.m. is **VACATED.** Counsel shall call chambers next week at 303-844-2170 to reschedule the hearing.

    Dated: March 16, 2012.