IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 11-cr-00235-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. RICHARD FRANKLIN,

    Defendant.

---

## ORDER

---

Pending before the Court is Defendant's Motion to Request Reconsideration of Order of Detention [docket #32]. The Court ordered the United States to file a response to the motion on or before June 11, 2012. Pursuant to 18 U.S.C. § 3142(f), Defendant is hereby ORDERED to file a reply addressing: (1) whether any "information exists that was not known to [Defendant] at the time of the hearing"; and (2) whether such information "has a material bearing on the issue whether there are conditions of release that will reasonably assure the appearance of [Defendant] as required and the safety of any other person and the community" **on or before June 18, 2012**.

Dated at Denver, Colorado, this 14th day of June, 2012.

BY THE COURT:

*Michael E. Hegarty*

Michael E. Hegarty
United States Magistrate Judge