UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.    11-cr-00235-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  RICHARD FRANKLIN,

    Defendant.

---

**MINUTE ORDER**

---

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

        Upon review of the file and for good cause shown, Defendant's Motion to Withdraw
Defendant's "Motion to Request Reconsideration of Order of Detention" [ECF No. 42],
filed July 1, 2012, is **GRANTED.**   Accordingly, Defendant's Motion to Request
Reconsideration of Order of Detention, [ECF No. 32], filed June 5, 2012, is
**WITHDRAWN.**

        Dated:   July 2, 2012