UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 11-cr-00235-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. RICHARD FRANKLIN,

    Defendant.

---

## ORDER

---

THIS MATTER is before the Court on the Government's Motion for Order Pursuant to 18 U.S.C. § 3509(m), [ECF No. 63], filed August 27, 2012. Upon review of the file and the motion, the Court enters the following findings and order:

    1.    Due to the nature of the charges, the privacy protection measures set forth below and afforded under the Child Victims' and Child Witnesses' Rights Act (the "Act"), 18 U.S.C. § 3509, including § 3509(m), apply to this case. Under that provision, any property or material that constitutes child pornography shall remain in the care, custody, and control of either the Government or the Court.

    2.    The defendant has retained a computer forensic examiner to review computer evidence in this case, which contains child pornography. Here, the Government has made arrangements for the examiner's review of the computer evidence at a government facility, namely, the computer forensic lab ("HTIU"), of the Child Exploitation and Obscenity Section ("CEOS") of the Department of Justice during normal business hours.

3. The Defendant does not object to the entry of an order of protection pursuant to 18 U.S.C. § 3509(m).

4. Good cause appearing, the Court hereby orders that The Government's Motion for Order Pursuant to 18 U.S.C. § 3509(m), [ECF No. 63], filed August 27, 2012 is **GRANTED.** Accordingly, it is further ordered that:

    a. The examiner, Mr. Steven Moshlak, will have access to the computer storage material at the HTIU lab during business hours of that lab, and upon advance notice of not less than 24 hours.

    b. The examiner, Mr. Steven Moshlak, will not knowingly remove any material from the computer storage media made available for his review at the laboratory at CEOS.

    c. The digital media produced by the Government under this agreement will be used solely for the purposes of this criminal proceeding and for no other purpose. Persons having access to this digital media and the information it contains shall not reproduce, duplicate, or copy this material in any manner other than in relation to this case.

Dated: September 6, 2012.

BY THE COURT:

s/ Wiley Y. Daniel
WILEY Y. DANIEL,
CHIEF UNITED STATES DISTRICT JUDGE