UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 11-cr-00235-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

RICHARD FRANKLIN,

    Defendant.

---

## MINUTE ORDER

---

ORDER ENTERED BY SENIOR JUDGE WILEY Y. DANIEL

    Due to a Court conflict, it is

    ORDERED that the Status Conference set for Friday, May 3, 2013, at 2:00 p.m. in Courtroom A-1002 is **VACATED and RESET to Tuesday**, **May 14**, **2013**, **at 4:00 p.m. in Courtroom A-1002**.

    Dated: April 10, 2013.