IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Criminal Case No. 11-cr-00235-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

RICHARD FRANKLIN,

    Defendant.

___

**ORDER**
___

THIS MATTER is before the Court on the Government's Motion To Disclose Grand Jury Material [ECF No. 101]. In its motion, the Government *i.e.*, the United States Attorney's Office, requests that I issue an Order permitting disclosure to defense counsel of transcripts of testimony from Grand Jury proceedings pursuant to Rule 6(e)(3)(E)(i) of the FEDERAL RULES of CRIMINAL PROCEDURE.[1] After careful consideration, it is

ORDERED that the Government's motion [ECF No. 101] is **GRANTED**, and the Government may disclose to defense counsel transcripts of testimony from Grand Jury proceedings in this matter. It is

---

[1] Pursuant to Fed. R. Crim. P. 6(e)(3)(E)(i):

    The court may authorize disclosure–at a time, in a manner, and subject
    to any other conditions that it directs–of a grand jury matter:

        (i)  preliminarily to or in connection with a judicial proceeding . . .

FURTHER ORDERED that defense counsel **shall maintain control over the disclosed material, keeping it in his confidential files**. It is

FURTHER ORDERED that the disclosed material shall be used for the purposes of this criminal matter, to include any appeals taken, **and for no other purpose until further Order of this Court**. It is

FURTHER ORDERED that the Government **shall enclose a copy of this Order with any Grand Jury materials disclosed pursuant to this Order**.

Dated: June 20, 2013.

BY THE COURT:

/s/ Wiley Y. Daniel
Wiley Y. Daniel
Senior U. S. District Judge